RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 1 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HAROLYN ANITA KESINGTON | : | CIVIL COMPLAINT |
| Plaintiff: | : | DISCRIMINATION, SEXUAL |
| | : | HARASSMENT, RETAIATION |
| | : | AND HARASSMENT |
| | : | |
| vs. | : | |
| | : | |
| | : | |
| INTERIM PHYISICANS, INC., | : | |
| BRUCE CARLSON, INTERIM | : | |
| HEALTHCARE, INC.,CAROLYN GARMAN, | : | **1 07-M I-0152** |
| DAN CAMMARATA | : | |
| Defendant : | | |

## TITLE VII COMPLAINT

1. Plaintiff resides at  165 Ivywood Lane, Roswell, Georgia 30076.

2. Defendant(s) names (s) Interim Physicians, Inc., Bruce Carlson, Interim Healthcare, Inc. Carolyn Garman and Dan Cammarata.

Location of principal office(s) of the named defendant(s)Interim Physicians, Inc. and Bruce Carlson - 1040 Crown Pointe Parkway, Suite 120, Atlanta, Georgia 30338.  Interim Healthcare, Inc. Carolyn Garman and Dan Cammarata – 1601 Sawgrass Corporate Pkwy, Sunrise, Florida 33323.

Nature of defendant(s) business   Healthcare Provider

Approximate number of individuals employed by defendant(s) 100-200.

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

 ORIGINAL

3.   This action is brought pursuant to Title VII of the Civil
     Rights Act of 1964 for employment discrimination. Jurisdiction
     is specifically conferred on the court by42 U.S.C. § 2000e-5.
      Equitable and other relief are also brought under 42 U.S.C. §e-
     5(g).

4.   The acts complained of this suit concern:

     A. _____ Failure to employ me.
     B. ___X___ Termination of my employment.
     C. ___X___ Failure to promote me.
     D. _____ Other (Specify) _Harassment, Sexual Harassment and
           Retaliation._____

5.   Plaintiff:

     A. _____ presently employed by the defendant.
     B. ___X___ not presently employed by the defendant. The dates
           of plaintiff's employments was April 24,2006 to March 22,2007.
           The reasons plaintiff was given for termination of employment is/are:
           (1) _____ plaintiff was discharged.
           (2) ___X____ plaintiff was laid off.
           (3) _____ plaintiff left the job voluntarily.

6.   Defendant(s) conduct is discriminatory with respect to the following:

     A. ___X___ my race
     B. _____ my religion.
     C. ___X___ my sex.
     D. _____ my national origin.
     E. _____ Other (specify) _____
           _____
           _____
           _____

-2-

7.    The name(s), race, sex and the position or title of the
      individual(s) who allegedly discriminated against me during the
      period of my employment with the defendant company is/are:

Bruce Carlson - Vice-President/Manager -- White male.

Carolyn Garman – Vice President/Human Resources – White female.

Dan Cammararta -- Chief Financial Officer – White male.

8.    Describe the discriminatory actions or events you are
      complaining of in this lawsuit. Give factual detail, including
      names and dates concerning what happened. You do not need to
      refer to any statutes or cite law.

Discrimination

I was hired by Janet Guse, Payroll/Billing Manager (white) for Interim Physicians, Inc. as a

Collection Specialist making $14.50 per hour on April 24, 2006.

        On August 23, 2006 Bruce Carlson, Vice-President/Manager of Interim Physicians, Inc. gave

me full responsibilities of the Payroll/Billing Manager position because Janet Guse (white) co-

worker was having difficulties performing her job duties.  I was not given the title of

Payroll/Billing Manager but instead Payroll/Billing Specialist.  Bruce placed Janet Guse in my

position not as a Collection Specialist but as a Collection Manager.

        My duties where increased without an increase in salary or promotion to Payroll/Billing

Manager which is a higher grade position than the Collection Specialist position.  Janet Guse

(white) was not demoted to a Collection Specialist neither did she receive a decrease in salary for

performing a lower grade position.

        On December 4, 2006 Bruce Carlson called me in his office and told me he was promoting

me to Payroll/Billing Manager and that I would be in charge of the Commercial/Government

Payroll/Billing Department._____

_____On December 5, 2006 Bruce Carlson sent out an email explaining the change in my position_ as overseer of the Commercial/Government Payroll/Billing Department but later tried to talk me__ out of the promotion on January 12, 2007 and he never changed my employment status to_____ Payroll/Billing Manager or gave me an increase in salary as my white co-worker Janet Guse._____

_____I made numerous complaints to Bruce Carlson, with no success.  I addressed this issue with_ Bruce's boss Dan Cammarata, who is the Chief Financial Officer on 1/16/07 he too did nothing to_ change my employment status and I emailed Carolyn Garman, Vice-President of Human Resources on this issue on February 8, 2007 and made numerous complaints but she too did not change_____ my employment status to Payroll/Billing Manager._____

____On February 28, 2007 I filed and EEOC claim because I felt I had exhausted all administrative remedies in this situation._____

_____On March 1, 2007 Carolyn Garman, Vice-President for Human Resources came to our_____ Atlanta office and offered me the position title Payroll/Billing Manager with a salary of $43,000.00 per year effective March 16, 2007 too later deny that she ever told me that I was being promoted to Payroll/Billing Manager and that my position title would be in the Payroll/Billing family.  She____ refused to retroact my salary back to August 23, 2006 only to December 4, 2006.  She flat out____ refused to give me the same position title (Payroll/Billing Manager) as my white-co worker Janet__ Guse._____

_____On March 22, 2007 Carolyn Garman, Vice-President for Human Resources came to our____ Atlanta office again and this time to terminate my position. In my termination packet she enclosed_

-3a-

a letter of recommendation which stated that my last position with Interim Physicians/Healthcare

Inc. was Payroll/Billing Specialist II. A position title I was never told I had neither did I sign a

change of status in employment form for nor did I receive a job description for this position.

Janet Guse (white) was the Payroll/Billing Manager not a Payroll/Billing Specialist II.

I have been subject continuously to different terms and conditions of employment, and refused the

same equal rights and privileges as my Caucasian co-worker, Janet Guse because of my race Black

African American in this situation.

Interim Physicians, Inc. and Interim Healthcare, Inc. has not acted in good faith but

intentionally and blatantly discriminated against me because of my race by not giving me the same

job title of Payroll/Billing Manager and the salary grade for this position as my white co-worker

Janet Guse.

Retaliation

On March 1, 2007 Carolyn Garman, Vice-President of Human Resources visited our Atlanta

office and during her visit she advised us that the Collection department was being moved to

Florida but the Commercial/Government Payroll/Billing Department would remain housed in

Atlanta and would not be moving to Florida.

On March 8, 2007 Interim Physicians, Inc/Interim Healthcare, Inc. received my EEOC claim.

By March 15, 2007 I was stripped of all my government billing and month-end reports

duties. Some of these duties were given to my less seniority white co-worker Joyce Elliot and the

oversight to my white co-worker Bruce Carlson.

On March 20, 2007 Carolyn Garman received a voicemail from EEOC.

-3b-

_____On March 22, 2007 Carolyn Garman once again visited our Atlanta office and told me I was_ terminated because they are moving Commercial Payroll/Billing Dept. to Florida but the_____ government accounting will remain in the Atlanta office without any offer of relocation or new job placement. I was told I could re-apply for any positions openings in the Interim Healthcare, Inc.___ system._____

_____Carolyn Garman told me my position was not moving to Florida on March 1, 2007 and_____ Interim had stripped me of my government billing responsibilities so they could justify my_____ termination by giving a less seniority white co-worker my government accounting responsibilities.__ (Joyce Elliot and Bruce Carlson – both white)_____

_____I was terminated in retaliation because I filed an EEOC complaint and because of my race___ AfricanAmerican._____

**Sexual Harassment**_____

_____From 4/25/06 to February 1, 2007 I was subject to numerous sexual advances by Bruce_____ Carlson, VP/Manager of Interim Physicians, Inc. He would touch me, put his arms around_____ me, come up and put his body up against mine, he would press his penis against my body and has_ touched my butt; not only I was subject to these sexual advances but other female workers also.___ These advances caused me much emotional distress and had a direct effect on my work_____ performance._____

_____I confronted him on 2/5/07 at 4:45pm in a meeting with Joyce Elliot and Janet Guse present.__ _____I made a complaint on 2/5/07 with his boss, Dan Cammarata and had a conference meeting___ on 2/7/07 with him and Carolyn Garman, VP/Human Resources._____

-3c-

In our meeting on March 1, 2007, Carolyn Garman told me that because I had no witnesses, Interim was not going to do anything in regards to my complaint.

Interim Healthcare, Inc. and Interim Physicians, Inc. did not provide me with an atmosphere that was free from sexual harassment which caused me continuous anguish and emotional distress.

**Harassment/Retaliation**

Because I confronted Bruce Carlson and filed an EEOC charge against him for Sexual Harassment and discrimination he allowed Janet Guse (white) and Joyce Elliot (white) to constantly harass me. Janet would continuously perform my job duties without my knowledge and with Bruce Carlson's permission. He allowed Joyce Elliot to be totally insubordinate by attacking me verbally and refusing to follow any direct orders she was given.

I made numerous complaints and Bruce did nothing but allowed them to continue to harass me without any disciplinary actions.

Bruce Carlson, Vice-President of Interim Physicians subjects me to a hostile work environment by not taking leadership and disciplinary actions against my white female co-workers for harassing me. This caused me emotional distress and fatigue.

9.  The alleged illegal activity took place at _1040 Crown Pointe Parkway, Suite 120, Atlanta,

Georgia 30338._____

_____

10. A.    ___X__    I have filed a charge with the Equal Employment Opportunity
                    Commission regarding defendant(s). (I have attached a
                    copy of my charge(s) filed with the Equal Employment
                    Opportunity Commission, which are incorporated into this
                    complaint.

    B.    _____  I have not filed a charge.

11. A.    ___X__    I received a Notice of Right-to-Sue letter from the Equal
                    Employment Opportunity Commission on _April 21, 2007
                    (date). (I have attached a copy of the Notice of Right-to-Sue
                    which is incorporated into this complaint.)

    B.    _____  I have not received a Notice of Right-to-Sue letter from the
                    Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary
    award (back pay or damages), state the amount you are seeking. If you are
    seeking injunctive relief (an order by the Court) issued against the defendant(s)
    summarize what should be in the order.

-4-

Monetary damage for wages lost from 8/23/06 to December 4, 2007 and seeking

Employment reinstatement and all lost wages from 3/22/07 until job reinstated          .

Emotional Distress, Injunctive relief and Punitive Damages in the amount of

$2 Million Dollars.

13.     Plaintiff requests a Jury Trial

_____5/15/07_____
Date

Signature of Plaintiff

Address: 165 Ivywood Lane

Atlanta, Georgia   30338

Telephone: (678) 352-3599

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 410-2007-02727 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Harolyn Kesington | (678) 570-0026 | 03-24-1959 |

| Street Address | City, State and ZIP Code |
|---|---|
| 165 Ivywood Lane, Roswell, GA 30076 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTERIM PHYSICIANS | 101 - 200 | (404) 303-5717 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1040 Crowne Pointe Parkway, #120, Atlanta, GA 30338 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2007   Latest: 03-22-2007

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed by the above named employer on April 24, 2006 as a Collection Specialist. I was later given the position title of Payroll Billing Manager. On March 1, 2007, my managerial responsibilities were taken away and given to Bruce Carson, VP/Manager. However, I had received a pay increase and back pay from December 4, 2006. On March 14, 2007, my responsibilities for the government were given to Joyce Elliott. On March 22, 2007, I was told my job was going to Florida. I was given a severance package and discharged.

I was told that the company was experiencing reorganization and some responsibilities were going to Corporate in Florida.

I believe I have been discriminated against because of my race (Black) and in retaliation for filing a previous charge of employment discrimination (410-2007-02261), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

MAR 2 3 2007

EEOC-ATDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Mar 23, 2007 _____ Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Harolyn Kesington
165 Ivywood Lane
Roswell, GA 30076

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2007-02727 | Lenore Martin, Investigator | (404) 562-6880 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[  ]  More than 180 days have passed since the filing of this charge.

[X]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[  ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[  ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[  ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Bernice Williams-Kimbrough,
Director

(Date Mailed) 4/19/27

cc:  Carolyn Garman
VP Human Resources
INTERIM HEALTHCARE, INC.
1601 Sawgrass Coury Pkwy
Sunrise, FL 33323

Atlanta District Office
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
100 Alabama Street, N.W.
Suite 4R30
Atlanta, GA 30303

OFFICIAL BUSINESS
Penalty for Private Use, $300

300774653



UNITED STATES POSTAGE
$ 00.39°
PITNEY BOWES
02 1A
0004393451      APR 19 2007
MAILED FROM ZIP CODE 30303

Ms. Harolyn Kesiington
P.O. Box 573
Roswell, Georgia 30077

—8—

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 410-2007-02261 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Harolyn Kesington | (678) 461-8780 | 03-24-1959 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 431 Royal Creek Drive, Roswell, GA 30076 | | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| INTERIM PHYSICIANS | 101 - 200 | (404) 303-5717 |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| 1040 Crowne Pointe Parkway, #120, Atlanta, GA 30338 | | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | | |
|---|---|---|---|
| | | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN

☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 04-26-2006   Latest 02-26-2007

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I.    I began working for the employer in April 2006 as an Collection Specialist and currently work as the Payroll/Billing Manager. Since my employment began, I have been sexually harassed by my Supervisor, Mr. Bruce Carlson. I filed an internal complaint of sexual harassment on or about February 7, 2007. Since August 23, 2006, I have been doing the job of Payroll/Billing Manager without the benefit of the title or salary increase.

II.   I believe I have been discriminated against on the basis of my sex, female (sexual harassment), and race (Black), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

FEB 2 6 2007

EEOC-ATDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 26, 2007<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

- 9 -

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To: Harolyn Kesington
431 Royal Creek Drive
Roswell, GA 30076

From: Atlanta District Office
100 Alabama Street, S.W.
Suite 4R30
Atlanta, GA 30303

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2007-02261 | Lenore Martin, Investigator | (404) 562-6880 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA): This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ ] More than 180 days have passed since the filing of this charge.

[X] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

Age Discrimination in Employment Act (ADEA): You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

Equal Pay Act (EPA): You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

Bernice Williams-Kimbrough,
Director

5/19/07
(Date Mailed)

cc:    Carolyn Garman
Vice-President, Human Resource
INTERIM PHYSICIANS, INC.
1040 Crown Point Pkwy
Suite120
Atlanta, GA 30338

Atlanta District Office
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
100 Alabama Street, N.W.
Suite 4R30
Atlanta, GA 30303

OFFICIAL BUSINESS
Penalty for Private Use, $300

UNITED STATES POSTAGE
$ 00.39°
02 1A          APR 12 2007
0004393451
MAILED FROM ZIP CODE 30303

30077+0573

Ms. Harolyn Kessington
P.O. Box 573
Roswell, Georgia 30077

## *Harolyn Anita Kesington*
P.O. Box 573
Roswell, Georgia  30077
(678) 352-8955

April 6, 2007

Interim Healthcare, Inc.
Ray Umansky, Law Department
1601 Sawgrass Corp Pkwy
Sunrise, FL  33323

### Re: Notice of Intent to Sue

Dear:  Ray Umansky

This letter is to put you on notice that I have a claim against Interim
Healthcare, Inc., Carolyn Garman, Dan Cammarata, Interim
Physicians, Inc. and Bruce Carlson for Race Discrimination, Sexual
Harassment, Retaliation and Harassment in violation of Civil Rights
Act of 1964, as amended.

The claim has not been resolved and unless it is resolved within 30
days from the date of this notice, I intent to bring suit against
Interim Healthcare, Inc., Carolyn Garman, Dan Cammertta, Interim
Physicians, Inc. and Bruce Carlson for monetary, punitive and
emotional damages.

To resolve this claim I am willing to settle for the following amount:
$1.5 Million Dollars.  This offer is good until May 6, 2007.

Your attention is appreciated.

Sincerely,

Harolyn Anita Kesington

cc:   File
      Russ Cooper, Chief Executive Officer
      Bruce Carlson, Vice President, Manager
      Carolyn Garman, Vice President, Human Resources
      Dan Cammarata, Chief Financial Officer


Certified Mail Receipt Number: ___7007 0220 0001 5287 0937___